STEPHEN CHENEY et al., Respondents, *v.* THE SYRACUSE, ONTARIO AND NEW YORK RAILWAY COMPANY et al., Appellants.

*Cheney* v. *Syracuse, O. & N. Y. R. R. Co.*, 8 App. Div. 620, affirmed.
(Argued March 22, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 3, 1896, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Louis L. Waters* and *Herbert E. Kinney* for appellants.

*E. C. Wright* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY and VANN, JJ., not sitting.

---

THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants, *v.* WILLIAM H. JOHNSTON, Respondent.

*Metropolitan Elevated R. Co.* v. *Johnston*, 84 Hun, 83, affirmed.
(Argued March 22, 1899; decided April 18, 1899.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the first judicial department, entered January 24, 1895, affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term, and dismissing an appeal from an order of Special Term dismissing the complaint.

*Joseph H. Adams, Julien T. Davies* and *Charles A. Gardiner* for appellants.

*M. S. Thompson* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting.